## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

**DONNA ENGLISH**                                                          **PLAINTIFF**

       **v.**        **Civil No. 05-2123**

**CITY OF COAL HILL, AR;**
**DEBORAH MARVEL, Individually**
**and in her Official Capacity as**
**Mayor of Coal Hill; RONNIE GARNER;**
**JIM WILLIS; STACY COX; and KEITH**
**JACKSON, Each Individually and in**
**their Official Capacities as Aldermen**
**of the City of Coal Hill, Arkansas**                                    **DEFENDANTS**

### O R D E R

Now on this 6th day of March, 2006, comes on for consideration the parties' **Joint Motion To Dismiss With Prejudice** (document #11), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and this matter is hereby **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                          /s/ Jimm Larry Hendren
                                          **JIMM LARRY HENDREN**
                                          **UNITED STATES DISTRICT JUDGE**